# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2225
_____

Yahui Song, Ph.D.

*Plaintiff - Appellant*

v.

Regents of the University of Minnesota; L. James Nixon, M.D.; Barbara K.
Patrick, M.D.; Sheila M. Specker, M.D.; Theodore R. Thompson, M.D.; Kathleen
V. Watson, M.D.; John Does 1-15

*Defendants - Appellees*

------------------------------

The Rutherford Institute

*Amicus on Behalf of Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: April 2, 2013
Filed: April 5, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Yahui Song appeals the judgment of the District Court[1] granting defendants' motion to dismiss her civil action under Rule 37 of the Federal Rules of Civil Procedure after she failed to comply with an earlier order granting defendants' motion to compel discovery and admonishing her that noncompliance could result in dismissal. Following careful review, we find no abuse of discretion. See In re O'Brien, 351 F.3d 832, 836, 839–40 (8th Cir. 2003) (standard of review; in context of Rule 37 motions, court may find willful disobedience sufficient to support dismissal when party employs delay tactics and disregards court orders). Accordingly, we affirm for the reasons provided by the District Court. See 8th Cir. R. 47B. We also deny all of the pending motions.

_____

---

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.